UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EDWARD FOSTER, | No. C 15-4636 RS (PR) |
| Petitioner, | **ORDER VACATING ORDER TO SHOW CAUSE** |
| v. | |
| FOX, Warden, | |
| Respondent. / | |

Mail sent by the Court to petitioner was returned as undeliverable on March 23, 2016. Under Civil Local Rule 3-11(b), it is petitioner's responsibility to inform the Court of his current address. Failure to do so can result in dismissal of the action under Federal Rule of Civil Procedure 41(b) for failure to prosecute. If petitioner fails to update his address, or contact the Court, on or before May 23, 2016, the action will be dismissed.

The order to show cause issued to respondent on March 3, 2016 (Docket No. 5) is VACATED and the parties are relieved of the burdens imposed by that order. When petitioner contacts the Court, a new briefing schedule will be instituted.

**IT IS SO ORDERED**.

DATED: March 29, 2016

_____
RICHARD SEEBORG
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD FOSTER,

    Plaintiff,

v.

ROBERT W. FOX,

    Defendant.

Case No. 15-cv-04636-RS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/30/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Foster ID: ID: AL-7711
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

Dated: 3/30/2016

Susan Y. Soong
Clerk, United States District Court

By:  _____
Angella Meuleman, Deputy Clerk to the
Honorable RICHARD SEEBORG