UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EDWARD FOSTER, | No. C 15-4636 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| FOX, Warden, | |
| Respondent. | |

Mail sent by the Court to petitioner was returned as undeliverable more than 60 days ago. Accordingly, the action is hereby DISMISSED pursuant to Civil Local Rule 3-11(b) because petitioner failed to keep the Court apprised of his current address, and pursuant to Fed. R. Civ. P. 41(b) because he failed to prosecute this matter. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: May 23, 2016

_____
RICHARD SEEBORG
United States District Judge

No. C 15-4636 RS (PR)
ORDER OF DISMISSAL